DENNIS K. BURKE
United States Attorney
District of Arizona
JESSE FIGUEROA
Assistant U.S. Attorney
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

2010 FEB -3 P 3: 05

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Adrian Cooper,

    Defendant.

**VICTIM CASE**

**CR10-0239 TUC**

INDICTMENT

Violation:
18 U.S.C. 111(a) and (b)
Assault on a Federal Officer

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about July 6, 2009, at or near Safford, in the District or Arizona, Adrian Cooper did intentionally and forcibly, assault, resist, oppose, impede, intimidate and interfere with Federal Bureau of Prisons Special Investigative Services Technician Clint Lamar Cranford, an officer or employee of the United States, while Federal Bureau of Prisons Special Investigative Services Technician Clint Lamar Cranford was engaged in and on account of the performance of his official duties in that Adrian Cooper struggled with and threw Federal Bureau of Prisons Special Investigative Services Technician Clint Lamar Cranford, causing Federal Bureau of Prisons Special Investigative Services Technician Clint Lamar Cranford bodily injury, to wit: pain, a dislocated finger, bruising and scrapes, in violation of Title 18 United States Code

1 Sections 111(a) and (b).

## COUNT TWO

On or about July 6, 2009, at or near Safford, in the District or Arizona, Adrian Cooper did intentionally and forcibly, assault, resist, oppose, impede, intimidate and interfere with Federal Bureau of Prisons Lieutenant Curtis Kevin Campbell, an officer or employee of the United States, while Federal Bureau of Prisons Lieutenant Curtis Kevin Campbell was engaged in and on account of the performance of his official duties in that Adrian Cooper struggled with and pushed Federal Bureau of Prisons Lieutenant Curtis Kevin Campbell into a wall, causing Federal Bureau of Prisons Lieutenant Curtis Kevin Campbell bodily injury, to wit: pain and abrasions to his body including to his forearm, in violation of Title 18 United States Code Sections 111(a) and (b).

## COUNT THREE

On or about July 6, 2009, at or near Safford, in the District or Arizona, Adrian Cooper did intentionally and forcibly, assault, resist, oppose, impede, intimidate and interfere with Federal Bureau of Prisons Health Services Secretary Joan Rene Harmon, an officer or employee of the United States, while Federal Bureau of Prisons Health Services Secretary Joan Rene Harmon was engaged in and on account of the performance of her official duties in that Adrian Cooper struggled with and swung Federal Bureau of Prisons Health Services Secretary Joan Rene Harmon into a wall, causing Federal Bureau of Prisons Health Services Secretary Joan

///
///
///
///
///
///
///

1 | Rene Harmon bodily injury, to wit: pain and bruising to her body including to her forearm, in
2 | violation of Title 18 United States Code Sections 111(a) and (b).

A T[REDACTED]
_____
Presiding Juror

REDACTED FOR
PUBLIC DISCLOSURE

FEB 0 3 2010

DENNIS K. BURKE
United States Attorney
District of Arizona

*/s/ Jesse Figueroa*
Jesse Figueroa
Assistant U.S. Attorney

U.S. v. Adrian Cooper