**JOHN S. LEONARDO**
**UNITED STATES ATTORNEY**
**District of Arizona**
**JESSE J. FIGUEROA**
**Assistant U.S. Attorney**
**405 W. Congress St., Suite 4800**
**Tucson, AZ  85701-5040**
**Tel. (520) 620-7300**
**Email: jesse.figueroa@usdoj.gov**
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br>    Plaintiffs, <br> v. <br><br> ADRIAN COOPER, <br>        Defendant(s). | CR-10-0239-TUC-DCB  (DTF) <br><br> **MOTION TO DISMISS INDICTMENT** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court, the United States Attorney for the District of Arizona hereby dismisses the above-captioned indictment without prejudice against defendant ADRIAN COOPER.

The Government requests defendant is released from the custody of the United States Marshal's.

**RESPECTFULLY SUBMITTED** this 4th day of September 2012.

                                              **JOHN S. LEONARDO**
                                              **United States Attorney**
                                              **District of Arizona**

                                              *S/ Jesse J. Figueroa*
                                              **Jesse J. Figueroa**
                                              **Assistant U.S. Attorney**

**Copy of the foregoing delivered by ECF**
**Or other means this 4th day of September, 2012 to:**

**Steven Donald West, Esq.**
**Attorney for the Defendant**