IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 10-239-TUC-DCB |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Adrian Cooper, ) | |
| Defendant. ) | |

Counsel for the government, having moved to dismiss the indictment against the above named defendant, and good cause appearing,

**IT IS ORDERED** the Indictment against Adrian Cooper is hereby dismissed without prejudice.

**IT IS FURTHER ORDERED** the defendant be released forthwith from the custody of the United States Marshal.

**IT IS FURTHER ORDERED** all pending hearing dates are vacated.

DATED this 4th day of September, 2012.

David C. Bury
United States District Judge

cc: U.S. Marshal